IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ACECO VALVES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-21-368-D |
| | ) |
| BRAD NEAL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the Court is Plaintiff Aceco Valves, LLC's Motion to Compel Neal to Respond to Discovery Requests [Doc. No. 125]. Upon review of the Motion and supporting brief, the Court finds it fails to comply with LCvR37.1, which requires that a motion relating to discovery must be accompanied by a written certification "that counsel personally have met and conferred in good faith and, after a sincere attempt to resolve differences, have been unable to reach an accord."

Although Plaintiff includes a LCvR37.1 certification in its Motion, assertions made by Mr. Neal in his Response lead the Court to believe that the parties' meet-and-confers lacked "a sincere attempt to resolve differences," as required by LCvR37.1. *See* Resp. to Pl.'s Mot. to Compel [Doc. No. 130] at 6 (noting that the parties conferred "in [p]art" and that Mr. Neal was "under the impression the parties were still working through issues when Aceco filed its Motion to Compel").

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Compel Neal to Respond to Discovery Requests [Doc. No. 125] is **DENIED** without prejudice to refiling upon full compliance with LCvR37.1.

**IT IS SO ORDERED** this 22nd day of November, 2023.

TIMOTHY D. DeGIUSTI
Chief United States District Judge